# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTHONY DONNELL TOOMBS, ADC # 101840                                         PETITIONER

v.                              No. 5:16CV00014 JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT petitioner's motion to stay is DENIED AS MOOT. Document #2.

DATED this 11th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE