**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY DONNELL TOOMBS, ADC #101840                                    PETITIONER

v.                                        No. 5:16CV00014-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                      RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed, along with the filed objections. After careful consideration and a *de novo* review of the record in this case, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed by Anthony Donnell Toombs, is dismissed with prejudice. Document #1. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Toombs has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 25th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE