IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY DONNELL TOOMBS, ADC #101840                                         PETITIONER

v.                          No. 5:16CV00014-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, the petition for writ of habeas corpus filed by Anthony Donnell Toombs is dismissed with prejudice.

IT IS SO ORDERED this 25th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE